# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS BYRD, # S09454, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 13-cv-00783-GPM |
| LOUIS SHICKER, DR. SHAH, ANGEL RECTOR, and CHRISTIE BROWN, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On August 1, 2013, Plaintiff Thomas Byrd, an inmate in the custody of the Illinois Department of Corrections, housed at Pinckneyville Correctional Center, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). By Order dated August 30, 2013, the Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 13).

Plaintiff was directed to file an amended complaint by September 30, 2013 (Doc. 13). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action for lack of subject matter jurisdiction, that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g), and that Plaintiff would remain obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action. This action is deemed frivolous for purposes of Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g). Judgment shall enter accordingly and this case is closed.

**IT IS FURTHER ORDERED** that all pending motions (Docs. 2, 4, 12) are **DENIED AS MOO**T.

**IT IS SO ORDERED.**

DATED: November 21, 2013

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge